TOWN OF NORTH HEMPSTEAD, Respondent, *v.* LOUISE H. LEEDS, Appellant.

*Town of North Hempstead* v. *Leeds*, 180 App. Div. 905, affirmed.
(Argued October 9, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was in ejectment to recover certain lands under water in the town of North Hempstead known as the Plandome mill pond. The plaintiff claimed that the pond was a part of Manhasset bay and that it had title under the Kieft patent of 1644 and the Dongan patent of 1685. The defendant claimed under an alleged record title from the town. The Appellate Division modified the judgment for plaintiff so as to provide that " The defendant has a prescriptive right to use the dam and its appliances for the purposes of the mill to the degree that it has been operated and to flood the lands described in the complaint and draw the water therefrom for such purposes, to which rights the plaintiff's possession of said lands is subject."

*Philip S. Dean* for appellant.

*M. Linn Bruce* and *James L. Dowsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.  Dissenting: CRANE J.